U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 3 2006

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 00-10018-003 |
| | ) |
| VERSUS | ) JUDGE LITTLE |
| | ) |
| LEON T. DANCY | ) MAGISTRATE JUDGE KIRK |

## ORDER

Considering the foregoing Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed by the government and the facts contained therein,

IT IS HEREBY ORDERED that the motion is granted and a hearing is scheduled for the 6TH day of July, 2006 at 10:30 a.m./p.m. before the undersigned, to allow the government to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 22ND day of May, 2006 in Alexandria, Louisiana.

_____
~~F.A. LITTLE, JR.~~ DEE D. DRELL
Judge - United States District Court