UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 00-10018-03

-vs-

JUDGE DEE DRELL

LEON T. DANCY

## AMENDED JUDGMENT

On June 1, 2001, this Court sentenced the defendant, Leon T. Dancy, to 222 months imprisonment under the custody of the United States Bureau of Prisons, an eight-year term of supervised release, and a fine of $20,000 and restitution of $1,000. The government now moves to amend and reduce defendant Dancy's sentence pursuant to Rule 35(b)(2)(C) of the Federal Rules of Criminal Procedure. The motion is GRANTED.

The sentence issued by this Court is hereby amended to reflect a reduction in sentence from 222 months to 150 months.

SIGNED on this 10th day of August, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge